# Court of Appeals
# of the State of Georgia

ATLANTA,  August 21, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0022.  HAROLD MARTY v. JULIE MARTY.**

On May 16, 2016, the superior court entered a final judgment and decree of divorce in this case.  Harold Marty ("Husband") filed a motion for new trial, which the superior court denied by order entered on June 21, 2017.  On July 25, 2017, the Clerk of Court received this application for discretionary appeal by priority U. S. mail. When a pro se party makes a filing with this court by United States mail, the document is deemed filed as the date shown by the official postmark affixed by the United States Postal Service. Court of Appeals Rule 4 (c). In this case, the official postmark is illegible, but it appears from the United States Postal Service's on-line tracking system that the document was deposited with the Postal Service on July 22, 2017.

A discretionary application must be filed within 30 days of entry of the judgment sought to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989); see also *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016) (filing deadline for discretionary applications "is jurisdictional, and this court is unable to accept an untimely application").  Because it appears that  Husband filed this application 31 days after entry of the judgment he seeks to appeal, it is untimely,

and we lack jurisdiction to consider it.[1]  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*   08/21/2017

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ *, Clerk.*

---

[1]If Husband can show that the United States Postal Service postmark was actually July 21, 2017, Husband may timely file a motion for reconsideration from this order.